UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**Reginald Perry,**

        **Plaintiff,**     CASE NUMBER: 17-12718
                         HONORABLE VICTORIA A. ROBERTS
                         MAGISTRATE JUDGE PATTI

v.

**Commissioner of Social Security,**

        **Defendant.**
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

On April 26, 2018, Magistrate Judge Patti issued a Report and Recommendation [Doc. 21], recommending that Plaintiff's complaint be dismissed without prejudice. Neither party filed objections within the fourteen day period pursuant to Fed.R.Civ.P 72(b) and 28 U.S.C. § 636(b)(1). Accordingly, the Court adopts the Report and Recommendation.

Plaintiff's complaint is dismissed without prejudice.

**IT IS ORDERED**.

                                         S/Victoria A. Roberts
                                         Victoria A. Roberts
                                         United States District Judge

Dated: June 15, 2018

---

The undersigned certifies that a copy of this document was served on the attorneys of record and Reginald Perry by electronic means or U.S. Mail on June 15, 2018.

S/Linda Vertriest
Deputy Clerk